No. 17,118.

Frosh, Assignee, et al. v. Atkinson.
(270 P. [2d] 776)

Decided May 10, 1954. Rehearing denied June 1, 1954.

Per Curiam.

Judgment affirmed en banc without written opinion.

Messrs. Davis & Lutz, Mr. Fred W. Mattson, Mr. A. B. Mattson, for plaintiffs in error.

Messrs. Dickerson, Morrissey, Zarlengo & Dwyre, for defendant in error.